# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | C.A. No. 2:19-cv-00263-RMG-MGB |
| Plaintiff, | |
| v. | **JOINT MOTION FOR ENTRY OF CONSENT DECREE** |
| MASSEY SERVICES, INC., | |
| Defendant. | |

Plaintiff U.S. Equal Employment Opportunity Commission and Defendant Massey Services, Inc. respectfully move this Court to enter the attached Consent Decree.

Respectfully submitted this the 17th day of December, 2019.

**WE SO MOVE:**

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

SHARON FAST GUSTAFSON
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

ANTONETTE SEWELL
Regional Attorney
Atlanta District Office

LAKISHA DUCKETT ZIMBABWE
Supervisory Trial Attorney
Atlanta District Office

Keyana C. Laws (*pro hac vice*)
Senior Trial Attorney

**WITH CONSENT OF:**

**MASSEY SERVICES, INC.,**
**Defendant**

J. Scott Hudson, Esq. (*pro hac vice*)
shudson@zkslawfirm.com
Kevin P. Robinson, Esq. (*pro hac vice*)
krobinson@zkslawfirm.com
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 East Robinson Street, Suite 600
Orlando, Florida 32801

**s/ *Molly Hughes Cherry***
Molly Hughes Cherry, Esq.
Fed ID No. 7067
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, South Carolina 29402
Phone: 843.577.9440
Facsimile: 843.414.8209
MCherry@nexsenpruet.com

1

2

Atlanta District Office                           **ATTORNEYS FOR DEFENDANT**
100 Alabama St., SW, Suite 4R30
Atlanta, Georgia 30303
Telephone: (404) 562-6823
Facsimile: (404) 562-6905
keyana.laws@eeoc.gov

**s/ *Rachael S. Steenbergh-Tideswell***
RACHAEL S. STEENBERGH-TIDESWELL
South Carolina Federal Bar No. 10867
Senior Trial Attorney
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, North Carolina 28202
Telephone: (980) 296-1274
Facsimile: (704) 954-6412
Email: rachael.steenbergh@eeoc.gov

**ATTORNEYS FOR PLAINTIFF**

2